

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2020

No. 04-19-00602-CV

Christopher John **LOCASCIO,** Matthew Locascio, Remy John Locascio and Sara Locascio,
Appellants

v.

Manuel **ZAMORA,** Jr., Amelia Zamora, and James W. Volberding, Receiver for Charles
Locascio,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19983
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellants Christopher John Locascio, Matthew Locascio, Remy John Locascio, and Sara Loscascio have filed an advisory to the court and motion to stay the appeal. Appellants filed the same advisory and motion to stay in the related appeal No. 04-19-00695-CV. The advisory states that the parties have agreed to mediate "all the issues in all the cases" on February 13, 2020, and requests that the two related appeals be stayed until after mediation. Appellees Manuel and Amelia Zamora are in agreement with the motion to stay the appeals. The appellee receiver, James Volberding, filed a response opposing the motion to stay.

After due consideration, the motion to stay this appeal is GRANTED. It is ORDERED that the appellate deadlines in this appeal are hereby STAYED until further order of the court. The appellants are instructed to file either a motion to dismiss the appeal due to settlement, or an advisory to the court stating that a settlement was not reached and requesting that the stay of the appeal be lifted, in this court *within seven (7) days* after the date of mediation. If a settlement is not reached, appellee receiver is instructed to file an advisory to the court *within seven (7) days* after the date of mediation stating whether its motion for temporary orders has become moot.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court